**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Sadek Law Offices, LLC
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003
Fax: (215) 545-0611
*Attorney for Debtor*

In re:

Lewis M. Smith
Angela Smith

*Debtors*

Case No.: 26-13607-JNP

Chapter: 13

Judge: Poslusny

Hearing: May 19, 2026 at 11:00AM
Oral Argument Waived

**Notice of Motion to Allow 341(a) Meeting of Creditors
as Required by 11 U.S.C. § 343**

To:     United States Trustee's Office
         One Newark Center
         1085 Raymond Blvd. Ste 2100
         Newark, NJ 07102

         Andrew Finberg
         Chapter 13 Standing Trustee
         535 Route 38 S., Ste 580
         Cherry Hill, NJ 08002

         See attached Service List

**PLEASE TAKE NOTICE** that on May 19, 2026 at 11:00AM or as soon thereafter as

counsel may be heard, the undersigned attorney for the Debtors will move before U.S. Bankruptcy

Judge Jerrold N. Poslusny at U.S. Bankruptcy Court, Courtroom No. 4C, 400 Cooper Street,

Camden, NJ 08101, for an order allowing the 341(a) meeting of creditors as required by 11 U.S.C.

§ 343.

**PLEASE TAKE FURTHER NOTICE** that if you contest this motion, you must appear in Court on the date noted above AND you are further required to file with the Court and serve on the undersigned a written response no later than May 12, 2026.

Pursuant to D.N.J. LBR 9013-2, the undersigned counsel certifies that no brief is required, as the issues are primarily factual and the facts necessary to rule on this motion have been set forth in the attached Certification. Counsel further requests that this matter be heard on the papers unless the Court requests oral argument.

SADEK LAW OFFICES, LLC

Date: April 24, 2026        By: /s/ Jeanie D. Weisner, Esq.
                        Jeanie D. Weisner, Esq.