SERVICE LIST

Affirm, Inc.

650 California Street, Fl 12

San Francisco, CA 94108-2716


Ally Home Loans

425 Phillips Blvd.

Ewing, NJ 08618-1430


Apothaker Scian P.C.

100 Century Parkway, Suite 310

Mt. Laurel, NJ 08054-5496


Capital One, N.A. by AIS InfoSource LP as Agent

4515 N Santa Fe Ave

Oklahoma, OK 73118


Capital One Auto Finance

PO Box 417

San Francisco, CA 75024-2302


Carvana, LLC/Bridgecrest c/o AIS Portfolio Services, LLC

ATTN: General Agent/Managing Agent/Pres./Bank Dept.

4515 N. Santa Fe Ave., Dept. APS

Oklahoma, OK 73118


Cavalry Portfolio Services

1 America Lane, Suite 220

Greenwich, CT 06831-2563

Chime Financial

PO Box 417

San Francisco, CA 94104-0417


Citibank, N.A.

PO Box 790046

St. Louis, MO 63179-0046


Comenity Capital Bank

PO Box 182125

Columbus, OH 43218-2125


Cooper University  Health Care

PO Box 95000-4345

Philadelphia, PA 19195-4345


Crown Asset Management, LLC

3100 Breckinridge Blvd., Suite 725

Duluth, Georgia 30096


CWS/CW Nexus

PO Box 9201

Old Bethpage, NY 11804-9001


Exeter Finance LLC

ATTN: General Agent/Managing Agent/Pres. Bank Dept.

PO Box 16608

Iriving, TX 75016-6008

Extra Storage Space

318 Glassboro Road

Woodbury Heights, NJ 08097


Faloni Law Group, LLC

425 Eagle Rock Ave., Suite 404

Roseland, NJ 07068


First Premier

601 S Minnesota Ave

Sioux Falls, SD 57104-4824


Gloucester County Special Civil Part, Superior Court of New Jersey

ATTN: Anna S. Fiddler, Court Officer

1 North Broad Street

Woodbury, NJ 08060


GreenSky

5565 Glenridge Connector, Suite 700

Atlanta, GA 30342-4796


Internal Revenue Service

PO Box 7346

Philadelphia, PA 19101


Jefferson Capital Systems, LLC

PO Box 7999

St. Cloud, MN 56302-9617

Klarna

800 N. High Street, Suite 400

Columbus, OH 43215


LoanCare LLC

ATTN: General Agent, Managing Agent/Pres./Bank Dept.

PO Box 8068

Virginia Beach, VA 23450-8068


Midland Funding LLC

2365 Northside Drive, Suite 300

San Diego, CA 92108


NetCredit

175 W Jackson Blvd., Suite 600

Chicago, IL 60604-2948


Orkin Pest Control, LLC

2170 Piedmonth Road, NE

Atlanta, GA 30324


Pressler, Felt & Warshaw, LLP

7 Entin Road

Parsippany, NJ 07054


Quantum3 Group LLC as Agent for Concora Credit Inc.

PO Box 788

Kirkland, WA 98083-0788

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603-0587


Roundpoint Mortgage

Click n' Close

15301 Spectrum Drive, Suite 405

Addison, TX 75001-6877


Rubin & Rothman, LLC

1787 Veterans Highway, Suite 32

Islandia, NY 11749


Snap-on Credit LLC

950 Technology Way, Suite 301

Libertyville, IL 60048-5339


State of New Jersey Division of Taxation

PO Box 245

Trenton, NJ 08695-0245


Synchrony Bank

PO Box 96506

Orlando, FL 32896-5065


U.S. Department of Housing and Urban Development

ATTN: General Agent/Managing Agent/Pres./Bank Dept.

26 Federal Plaza, Suite 3541

New York, NY 10278

Walmart Credit Services/Capital One, N.A.

PO Box 30285

Salt Lake City, UT 84130