**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Sadek Law Offices, LLC
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003
Fax: (215) 545-0611
*Attorney for Debtor*

In re:

Lewis M. Smith
Angela Smith

*Debtors*

Case No.: 26-13607-JNP

Chapter: 13

Judge: Poslusny

Hearing: May 19, 2026 at 11:00AM
Oral Argument Waived

## Certification in Support of Motion
## to Allow 341(a) Meeting of Creditors as Required by 11 U.S.C. § 343

I, Jeanie D. Wiesner, Esq., as counsel for the Debtor(s), Lewis M. Smith and Angela Smith, hereby certify as follows:

1.     I am the Attorney for the above-captioned bankruptcy case and submit this certification in support of my client's Motion to Allow 341(a) Meeting of Creditors as Required by 11 U.S.C. § 343.

2.     This case was filed on April 1, 2026. The first 341(a) Meeting of Creditors was scheduled for April 30, 2026.

3.     An emergency petition was filed in this case due to a pre-petition wage garnishment that had taken effect;

4.     The remaining Schedules and Chapter 13 Plan were filed on April 24, 2026;

5.     Confirmation in this matter is currently to be determined.

6.      Because all remaining Schedules have now been, I respectfully request that the 341(a) meeting of Creditors be rescheduled at the earliest convenience date.

7.      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.


Date: April 24, 2026                                    /s/ Jeanie D. Wiesner
                                                        Jeanie D. Wiesner


2