**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Sadek Law Offices, LLC
701 East Gate Dr., Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003
Fax: (215) 545-0611
*Attorney for Debtor*

In re:

Lewis M. Smith
Angela Smith

*Debtors*

Case No.: 26-13607-JNP

Chapter: 13

Judge: Poslusny

Hearing: May 19, 2026 at 11:00AM
Oral Argument Waived

### Order Granting Motion to Allow 341(a) Meeting of Creditors
### as Required by 11 U.S.C. § 343

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

Upon consideration of the Motion to Allow 341(a) Meeting of Creditors as Required by 11 U.S.C. § 343 filed by the Debtor, and for cause shown, it is hereby **ORDERED** that:

1.      The motion is **GRANTED**.

2.      Within ten (10) days of the date of this Order, the Trustee shall reschedule the 341(a) Meeting of Creditors.

3.      If the Debtor fails to comply with the terms of this Order or fails to appear at the rescheduled 341(a) Meeting of Creditors, the Debtor's case shall be dismissed immediately upon the filing of a certification of non-compliance by the Trustee.